COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER ON MOTION FOR REHEARING

Case number: 01-13-00307-CV

Style: *W.M. Roberson, Appellant v. Aaron Chevalier, Appellee*

Type of motion: Motion for rehearing

Party filing motion: Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature: /s/ Jane Bland
Justice Bland
Acting for the Court

Panel consists of Justices Keyes, Bland, and Brown.

Date: October 7, 2014